# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MEILING SERRANO AND EDDIE PINNIX, <br><br> Plaintiffs, <br><br> vs. <br><br> PFIZER INC., PHARMACIA LLC f/k/a/ PHARMACIA CORPORATION, PARKE, DAVIS & COMPANY LLC as successor-in-interest of PARKE, DAVIS & COMPANY, and WARNER-LAMBERT COMPANY LLC f/k/a WARNER-LAMBERT COMPANY, <br><br> Defendants. | Case No.: 3:20-cv-00462-FDW-DSC <br><br> **ORDER RE DEFENDANT FACT SHEETS** |

## ORDER

The Court has reviewed the Parties' Proposed Joint Order Regarding Defendant Fact Sheets. For good cause shown, IT IS ORDERED as follows:

1. The format of the DFS that will be used in this action is attached as **Exhibit 1**.

2. Within ninety days of receipt by Defendants of a substantially completed Plaintiff Fact Sheet in this case or within ninety days of the entry of this Case Management Order, whichever is later, Defendants must complete and serve the DFS pursuant to this Order.

3. Fact Sheet Deficiency Dispute Resolution

Phase I:  Deficiency Letter:  If Plaintiffs deem the DFS deficient, Plaintiffs' counsel shall notify Defendants' counsel of the purported deficiencies in writing and allow Defendants an additional thirty days to correct the alleged deficiency.

Phase II:  Meet and Confer:  Should Defendants fail to sufficiently respond to the deficiency letter and cure the deficiency(ies) within thirty days, then Plaintiffs may request a meet and confer. Plaintiffs' counsel shall notify Defendants' counsel in writing via e-mail of the request to meet and confer and such meet and confer shall occur within seven days.

Phase III: Motion to Compel: Following the meet and confer period, should Defendants 1) fail to cure the stated deficiency(ies); 2) fail to respond to or participate in the meet and confer process; or 3) otherwise fail to provide adequate responses, and absent agreement of the parties to further extend the period for meeting and conferring, Plaintiffs may then seek leave of Court to file a motion to compel the allegedly deficient discovery information.

**SO ORDERED.**

Signed: January 13, 2021

David S. Cayer
United States Magistrate Judge